**Opinion issued December 31, 2024**



In The

# Court of Appeals

For The

## First District of Texas

————————————

**NO. 01-23-00715-CV**

————————————

**KRISTEN LIANNE YERENA, Appellant**

**V.**

**EDDIE MARTINEZ TORRES, Appellee**

---

**On Appeal from the 246th District Court**
**Harris County, Texas**
**Trial Court Case No. 2021-39506**

---

**MEMORANDUM OPINION**

Appellant, Kristen Lianne Yerena, proceeding pro se, filed a notice of appeal from the trial court's September 1, 2023 "Agreed Order in Suit Affecting the Parent-Child Relationship." Appellant has failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief).

The record in this appeal was due on or before October 31, 2023. The clerk's record was filed on October 23, 2023, but no reporter's record was filed. The court reporter notified the Court that the reporter's record had not been filed because appellant had not paid, or made arrangements to pay, the fee for the reporter's record. Accordingly, on November 6, 2023, the Clerk of this Court notified appellant that unless appellant submitted written evidence that a reporter's record was requested, and that appellant paid or made arrangements to pay the fee for the reporter's record, by December 6, 2023, appellant may be required to file her brief without a reporter's record. *See* TEX. R. APP. P. 37.3(c). Appellant did not respond to the Clerk's notice.

On August 1, 2024, the Court notified appellant that it would consider and decide those issues or points that did not require a reporter's record for a decision and directed appellant to file her brief within thirty days of the date of the order. *See* TEX. R. APP. P. 38.6(a), (d). Appellant failed to timely file a brief.

On September 16, 2024, the Clerk of this Court notified appellant that the time for filing a brief had expired and the appeal was subject to dismissal unless a brief, or a motion to extend time to file a brief, was filed within ten days of the notice. *See* TEX. R. APP. P. 38.8(a) (governing failure of appellant to file brief), 42.3(b) (allowing involuntary dismissal of appeal for want of prosecution), 42.3(c) (allowing involuntary dismissal of case for failure to comply with notice from Clerk of Court).

Despite the notice that this appeal was subject to dismissal, appellant did not adequately respond.

Accordingly, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b), (c); 43.2(f). All pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Rivas-Molloy and Gunn.